United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 26, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-40236
Summary Calendar
_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

    v.

SIDNEY JERALD BALL

                    Defendant - Appellant

                    --------------------
          Appeal from the United States District Court
              for the Southern District of Texas
                    USDC No. C-02-CR-223-1
                    --------------------

Before KING, Chief Judge, and JOLLY and PICKERING, Circuit
Judges.

PER CURIAM:[*]

     Court-appointed counsel for Sidney Jerald Ball has moved for
leave to withdraw and has filed briefs in accordance with Anders
v. California, 386 U.S. 738 (1967). Ball was notified of
counsel's motion and did not file a response.

     Our independent review of the briefs and the record
discloses no nonfrivolous issues for appeal. Accordingly,
counsel's motion for leave to withdraw is GRANTED, counsel is
excused from further responsibilities herein, and the APPEAL IS

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.  All outstanding motions are DENIED.